SCHIFF HARDIN LLP
Steven E. Swaney (SB# 221437)
sswaney@schiffhardin.com
Four Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone: 415.901.8700
Facsimile: 415.901.8701

Attorneys for Defendants
Graco Children's Products, Inc. and
Newell Brands DTC, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYONNA BREZINSKI and RACHAEL BISHOP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.<br><br>Defendants. | Case No. 5:20-cv-00347-SVW-SHK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE UNDER FED. R. CIV. P. 12(B)(1), 12(B)(6), AND 12(F)**<br><br>Date: July 20, 2020<br>Time: 1:30 p.m.<br>Location: United States Courthouse<br>350 W. 1st Street, Los Angeles, CA<br>Courtroom 10A, 10th Floor<br>Hon. Stephen V. Wilson |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-00347-SVW-SHK

DEFENDANTS' NOTCE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on Monday, July 20, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Stephen V. Wilson in Courtroom 10A of the United States Courthouse, located at 350 W. 1st Street, Los Angeles, California, Defendants Graco Children's Products Inc. and Newell Brands DTC, Inc. will and hereby do move the Court, pursuant to Federal Rules of Civil Procedure 12(b) and 12(f), for dismissal of Plaintiffs' First Amended Complaint (FAC) in its entirety.

This motion is made on the grounds that the Court lacks subject matter jurisdiction because Plaintiffs lack standing under Article III. The FAC fails to allege facts providing a basis for the economic injury Plaintiffs claim to have suffered by purchasing the products at issue (the Graco Little Lounger Rocking Seat and DreamGlider Infant Swing); that Defendants recently issued a voluntary recall of the Little Lounger Rocking Seat does not, standing alone, establish an injury to either Plaintiff. Plaintiffs also lacks standing to bring claims based on products they did not purchase, and lack standing to pursue injunctive relief. For the same reasons, Defendants move to dismiss all causes of action alleged in the FAC for failure to state a claim under California law: Plaintiffs do not identify any actionable misrepresentation or omission regarding the products they purchased, and they fails to plausibly allege any breach of warranty. Defendants further move to dismiss and/or strike the FAC's nationwide class allegations, which violate due process and are improper under California law.

This motion is made after the conference of counsel required by Civil Local Rule 7.3, which took place on June 2, 2020, wherein the parties were unable to resolve the issues presented by this motion.

This motion is made based on this Notice of Motion and Motion; the Memorandum of Points and Authorities and Declaration of Steven E. Swaney filed

1    concurrently herewith; the pleadings and papers on file; and upon such other

2    matters as may be presented to the Court at the time of hearing.

3    Dated:     June 8, 2020              Schiff Hardin LLP

4                                        By:____/s/_____

5                                             Steven E. Swaney
                                             Attorneys for Defendants Graco Children's
6                                            Products Inc. and Newell Brands Inc.

7    CH2\23401325.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28