**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
   breed@bursor.com
   bscott@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYONNA BREZINSKI and RACHAEL BISHOP, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.,<br><br>      Defendants. | Case No.  5:20-cv-00347-SVW-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1
2
3
4

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Nayonna Brezinski and Rachael Bishop voluntarily dismiss their claims without prejudice against Defendants Graco Children's Products, Inc., and Newell Brands DTC, Inc.

Dated:  August 10, 2020         **BURSOR & FISHER, P.A**.

By:   */s/ Blair E. Reed*
            Blair E. Reed

L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           breed@bursor.com
           bscott@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*